# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00315-RPM

JOHNNIE VASQUEZ,

Plaintiff,

v.

SKYWEST AIRLINES, INC.,

Defendant

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF

After review of the Parties Joint Motion to Amend Scheduling Order to Extend Discovery Cut-off, it is

ORDERED that the Joint Motion is GRANTED. The Scheduling Order [Dkt. #10] is hereby amended and the Discovery Cut-off is extended until Friday, December 21, 2012.

DATED:  This 1st day of November, 2012

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge