**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:12-cv-00315-RPM

**JOHNNIE VASQUEZ,**

**Plaintiff,**

**v.**

**SKYWEST AIRLINES, INC.,**

**Defendant**

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO
EXTEND DISCOVERY CUT-OFF**

---

After review of the Parties Joint Motion to Amend Scheduling Order to Extend

Discovery Cut-off, it is

ORDERED that the Joint Motion is GRANTED.  The Scheduling Order [Dkt. #10] is

hereby amended and the Discovery Cut-off is extended until Friday, December 21, 2012.

DATED:  This 1st day of November, 2012

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge