IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.     12-cv-00315-RPM**

**JOHNNIE VASQUEZ,**

**Plaintiff,**

**v.**

**SKYWEST AIRLINES, INC.,**

**Defendant**

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER COMES before the Court on the Parties' Stipulated Motion for Dismissal With Prejudice, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED and the matter is HEREBY DISMISSED with prejudice, each party to bear their own costs and fees. All settings are deadlines are vacated.

DATED this 7th day of January, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge